23-149-KD

Dear Clerk;

FILED - USDC ALSD
OCT 20 '25 PM 12:40

Hello, I'm writting in regards of my court documents. I'm in need of my Plea-agreement, sentencing transcripts, and Docket-sheet.

I wrote and tried to call my lawyer regarding these documents, but he refuses to accept my calls, He won't reply to my letters. I know why. He knows he was deliberately ineffective in assisting me and he's trying to sweep the whole situation under the rug. That's why he's ignoring me like he's doing doing hopeing I just say forget, and let his injustice be and go unsolved. But I can't I three little boys and a wife to get home to and needs me there. I was wrongful convicted of conspir. to defraud a lending institution. Which wasn't true my lawyer never explained anything to me just told me to sign this and sign that if you want to get out and see your family again. He lied to me just to get his check and move on to the need case. I realize that now. So I need copys of those documents so I can began working on my 2255 motion to get back in court and back home. Could you please send them to me, I'll be greatly appreciated. Thank You for your time

God Bless

Sincerely

CASE NO.:1:23CR00149-001  Terrill Alexand[er]
                                    #70469-510

ERRILL ALEXANDER #70469-510

Name:      Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
15 OCT 2025 AM 1 L

1775

southERN District Ala
US District Court
155 St. Joseph St.
Mobile, Alabama 3

36602-368399